AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Ct 1&2: Enrique GONZALEZ (US / 1968) | ) Case No. 7:25-mj-1970 |
| Ct 1&2: Erick VALLEJO-ZAPATA (MX / 2004) | ) |
| Ct 2: Rigoberto ESTEBAN PEREZ-CRUZ (US / 1987) | ) |
| Ct 1&2: Mirza GARCIA-ZAPATA (MX / 1988) | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 19, 2025__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| CT 1: 8 U.S.C. 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(A)(V)(II) | Conspiracy to transport aliens from a location in Hidalgo County, Texas, to a location in Hidalgo County, Texas, by means of vehicle |
| CT 2: 8 U.S.C. 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(A)(V)(II) | Conspiracy to harbor aliens at locations in Hidalgo County, Texas |

This criminal complaint is based on these facts:

See Attachment A

United States District Court
Southern District of Texas
**FILED**
AUG 20 2025
Nathan Ochsner, Clerk

☑ Continued on the attached sheet.

Approved by AUSA D.Walker

/s/ Mathew Cooze
*Complainant's signature*

Mathew Cooze / Supervisory Border Patrol Agent - Intelligence
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: 8/20/25 4:36p

City and state: McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

I, Mathew Cooze, am a United States Border Patrol Agent-Intelligence and have knowledge of the following facts:

1. At approximately 5:25 p.m., United States Border Patrol Agents were conducting surveillance at a residence in Edinburg, Texas, and observed a vehicle leave the residence. Hidalgo County Sheriff's Office Deputies conducted a traffic stop on the vehicle for a traffic violation. Agents responded and identified **Rigoberto Esteban PEREZ-CRUZ** as the driver. The front seat passenger was identified by Agents as David Enrique Quiroz-Olvera a Mexican national. **PEREZ-CRUZ** and Quiroz-Olvera were both taken into custody.

2. At approximately 5:30 p.m., Agents executed a federal search warrant at the residence in Edinburg, Texas, and encountered twenty-one illegal aliens from various countries.

3. David Quiroz-Olvera provided a post-Miranda statement:

    a. Quiroz-Olvera stated he crossed into the United States on August 15, 2025.

    b. After crossing he was moved to a house and shortly after driven to a Tractor Supply store where he was given to two male subjects. Quiroz-Olvera identified **Enrique GONZALEZ** and **Erick VALLEJO-ZAPATA** in separate photo lineups as the two male subjects. Quiroz-Olvera also stated **VALLEJO-ZAPATA** went by "Catrin".

    c. He was then driven to a residence, identified as **GONZALEZ**'s residence in Weslaco, Texas. At this residence, **Enrique GONZALEZ** took cell phones from the aliens and wanded them with a metal detector.

    d. Quiroz-Olvera was then transported to the stash house in Edinburg, Texas, by both **VALLEJO-ZAPATA** and **GONZALEZ**.

    e. Quiroz-Olvera identified **Rigoberto Esteban PEREZ-CRUZ** in a photo lineup as the caretaker of the Edinburg stash house. Additionally, Quiroz-Olvera witnessed **VALLEJO-ZAPATA** telling the caretaker to ask all of the aliens for their claves and also observed him taking videos of the aliens at the stash house.

4. Agents had conducted surveillance on **GONZALEZ**'s residence in Weslaco, Texas, earlier that day. Agents observed two suspected aliens, **GONZALEZ,** and **VALLEJO-ZAPATA** walk to the back of the residence. Once in the rear of the property, Agents observed other suspected illegal

aliens exit the house and line up with the other two suspected illegal aliens. VALLEJO-Zapata then started taking photos of all the subjects.

   a. Your Affiant knows alien smugglers often take photos and or videos of their smuggled aliens as a way to keep track of their commodities.

   b. A photograph from the surveillance can be observed below:



5. **Rigoberto Esteban PEREZ-CRUZ** provided a post-Miranda statement:

   a. **PEREZ-CRUZ** stated a person he knows as "Enrique Gomez" offered him 100.00 USD per person he harbored at his residence. **PEREZ-CRUZ** stated a person who he knows as "Viejo" would contact him and tell him when he was taking illegal aliens to his house.

   b. **PEREZ-CRUZ** stated he was the person who delivered the aliens and drove a black Dodge ram. PEREZ-Cruz stated he first started receiving aliens on Saturday from "Viejo".

   c. **PEREZ-CRUZ** provided Agents with consent to search his phone. In the device, Agents discovered multiple videos of aliens providing their clave and stating they were in the United States. These messages were with a contact saved as "Catrin Trabj".

6. Simultaneously, Agents executed another federal search warrant on a residence in Donna, Texas, and encountered **Mirza GARCIA-ZAPATA**, a Mexican national, who stated she was the renter of the property. Agents also encountered three illegal aliens, including Antonia Rosario-Mas.

7. Antonia Rosario-Mas provided a post-Miranda statement:

   a. Rosario-Mas stated she crossed into the United States on August 18, 2025. After crossing, she was moved to a house and shortly after, she was transferred to a black truck being driven by an older chubby male subject. Rosario-Mas stated a young male was in the passenger seat.

   b. Rosario-Mas stated they were taken to another house where two other aliens were waiting.

   c. Rosario-Mas stated while at the house, a tall young male subject walked them to the back of the house and video recorded the other aliens.

   d. Rosario-Mas stated they then walked to the front of the house and loaded into a small white sedan that was being driven by a female. Rosario-Mas stated they were driven to the female's mobile home that she was apprehended. When presented a photo lineup, Rosario-Mas positively identified **Mirza GARCIA-ZAPATA** as the driver of the small white sedan that picked her up from the first house and took her to her mobile home where they were apprehended.

   e. Rosario-Mas was shown a second photo lineup and positively identified **Enrique GONZALEZ** as the driver to the black truck that picked her up and took her to the first house where they were video recorded.